# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| COY'S HONEY FARM INC., | ) |
| | )     MDL No. 1:18-md-02820-SNLJ |
| Plaintiffs, | ) |
| | )     Indiv. Case No. 1:21-cv-89-SNLJ |
| v. | ) |
| | ) |
| BAYER CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM and ORDER**

Phone conference held today with counsel for all parties and the Court participating. The stay in this matter is lifted. The deadline for filing responsive pleadings is set for August 25, 2021.

It is SO ORDERED this 4th day of August, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE