# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERICIDES LITIGATION | ) ) ) ) | Master Case No. 1:18-md-2820 SNLJ<br><br>MDL Docket No. 2820<br>*This Document Relates to All Cases* |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Sonette T. Magnus and respectfully requests this Honorable Court grant leave to withdraw as counsel for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.

Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. shall suffer no hardship from the removal/withdrawal of the undersigned attorney and continues to be represented by Lewis Rice LLC as counsel for said Defendants.

Respectfully Submitted,

**LEWIS RICE LLC**

By: _/s/ Sonette Magnus_
Sonette Magnus, #68606MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7744
Facsimile: (314) 612-7744
smagnus@lewisrice.com

*Attorneys for Defendant*
*E.I. DuPont Nemours and Co.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October, 2021, the foregoing was filed via the ECF/CM system with the Clerk of the Court and which will serve Notice of Electronic Filing upon counsel of record via electronic mail.

/s/ Sonette T. Magnus